IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FAMOUS MUSIC, LLC, a Delaware Limited Liability Company, ENSIGN MUSIC, LLC, a Delaware Limited Liability Company, | ) ) ) ) ) | |
| | ) | NO. 3:06-00941 |
| Plaintiffs, | ) ) | JUDGE HAYNES |
| v. | ) ) ) | |
| STELLAR RECORDS, INC., a Massachusetts Corporation, ATLANTIC DIGITAL & CE REPLICATION, INC., a Massachusetts Corporation, SING IT NOW, INC., a Delaware corporation and TOM VIVEIROS, individually, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Court, Plaintiffs' motion for a preliminary injunction (Docket Entry No. 51) is **GRANTED**. Defendants are hereby **ENJOINED** from manufacturing, distributing, releasing or otherwise exploiting any karaoke recordings containing compositions owned and/or administered by Plaintiffs without first obtaining the necessary licenses.

It is so **ORDERED**.

**ENTERED** the 10th day of December, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge