IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

FAMOUS MUSIC, LLC, and ENSIGN )
MUSIC, LLC, )
 )
    Plaintiffs, ) NO. 3:06-00941
 ) JUDGE HAYNES
v. )
 )
STELLAR RECORDS, INC., et al., )
 )
    Defendants. )

## O R D E R

Upon review of the file, only Plaintiffs Famous Music, LLC and Ensign Music, LLC responded to this Court's Order of January 5, 2010. Based upon Plaintiffs' position, the Order granting a preliminary injunction (Docket Entry No. 78) is **ENTERED** as a permanent injunction and the Court's final judgment.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _15th_ day of January, 2010.

                           WILLIAM J. HAYNES, JR.
                           United States District Judge